# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0278

VERSUS

JAMES SPIKES, SR.

**JUNE 6, 2022**

---

In Re:    James Spikes, Sr., applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 13-CR9-123350.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

    **WRIT DENIED.** Relator's conviction and sentence became final on September 6, 2017, when the Louisiana Supreme Court denied his writ seeking review of this court's opinion on his appeal. See La. Code Crim. P. art. 922(D). Thus, relator is not similar to the defendant in **State v. Lyles,** 2019-00203 (La. 10/22/19), 286 So.3d 407 (*per curiam*), because his case was not pending on direct review when the amendments to the habitual offender statute became effective on November 1, 2017. Therefore, the district court did not err by denying the motion to correct an illegal sentence or by not holding a contradictory hearing.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sml_

DEPUTY CLERK OF COURT
FOR THE COURT